IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRITTANY HILL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | NO. 23-4449 |
| SOLUTIONS, INC., et al. | : | |

<u>ORDER</u>

AND NOW, this 4th day of December, 2023, pursuant to the stipulation of Plaintiff Brittany Hill and Defendant Equifax Information Services, LLC (Doc. #16), it is hereby ORDERED that Defendant Equifax Information Services, LLC has until and through Monday, January 8, 2024, to file either an answer or a motion pursuant to Fed. R. Civ. P. 12.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.