**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRITTANY HILL, <br><br>            Plaintiff, <br><br>    v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, CITIBANK, N.A., CREDIT ACCEPTANCE CORP., LVNV FUNDING LLC, KIKOFF LENDING LLC, and VERIZON WIRELESS, <br><br>            Defendants. | CASE No. 2:23-CV-04449-HB |

**DEFENDANT CITIBANK, N.A.'S ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S COMPLAINT**

Defendant Citibank, N.A. ("Citibank") by and through its undersigned counsel, hereby files

its Answer and Affirmative Defenses to the Complaint ("Complaint") of plaintiff Brittany Hill

("Plaintiff"), and further states as follows:

**AS TO "INTRODUCTION"**

1.      The allegations in this paragraph refer to a federal case, the text of which

speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other

response is required, denied.

2.      Citibank denies that it acted unlawfully or engaged in any conduct that

violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, or any other statute, with

regard to Plaintiff.  Further, Citibank denies that it is liable for any of the damages, injuries, or

harm alleged by Plaintiff.  Citibank is without knowledge or information sufficient to form a belief

as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

3.      The allegations of this paragraph pertain exclusively to entities or individuals other than Citibank and therefore no response from Citibank is required.  To the extent any other response is required, denied.

4.      The allegations of this paragraph pertain exclusively to entities or individuals other than Citibank and therefore no response from Citibank is required.  To the extent any other response is required, denied.

5.      Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

6.      Citibank admits only that Plaintiff purports to raise causes of action for violations of the FCRA.  Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute, with regard to Plaintiff.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

7.      The allegations of this paragraph pertain exclusively to entities or individuals other than Citibank and therefore no response from Citibank is required.  To the extent any other response is required, denied.

8.  Citibank admits only that Plaintiff seeks statutory, actual, and punitive damages, as well as injunctive and declaratory relief, and attorneys' fees and costs. Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff. Further, Citibank denies that it is liable for any of the damages, injuries, or harm alleged by Plaintiff. Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

## AS TO "JURISDICTION"

9.  Citibank does not challenge the jurisdiction of the Court for purposes of this action only but denies it has any liability to Plaintiff. Citibank further states that Plaintiff's claims are subject to arbitration pursuant to the arbitration agreement(s) contained in the terms and conditions governing Plaintiff's account(s) with Citibank.

10.  Citibank does not challenge the venue of the Court for purposes of this action only but denies it has any liability to Plaintiff. Citibank further states that Plaintiff's claims are subject to arbitration pursuant to the arbitration agreement(s) contained in the terms and conditions governing Plaintiff's account(s) with Citibank.

## AS TO "PARTIES"

11.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, any such allegations are denied. To the extent any other response is required, denied.

12.  Plaintiff's allegations that defendant Equifax Information Services, LLC is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) sets forth a legal conclusion

to which no response is required.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

13.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

14.    Plaintiff's allegations that defendant Experian Information Solutions, Inc. is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) sets forth a legal conclusion to which no response is required.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

15.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

16.    Plaintiff's allegations that defendant Transunion, LLC is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) sets forth a legal conclusion to which no response is required.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

17.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

18.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

19.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

20.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

21.     Citibank states only that it is a national banking association, organized under the laws of the United States, and located in Sioux Falls, South Dakota.  To the extent any other response is required, denied.

22.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

### AS TO "FACTUAL ALLEGATIONS"

23.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, any such allegations are denied.  To the extent any other response is required, denied.

24.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

25.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

26.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.  To the extent any other response is required, denied.

27.     Citibank admits only that it received ACDVs relating to Plaintiff around this time period.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

28.     Citibank admits only that it received ACDVs relating to Plaintiff around this time period.

29.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

30.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

31.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

32.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

33.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

34.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

35.     Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Citibank responds only that it received ACDVs relating to Plaintiff around this time period.  To the extent any other response is required, denied.

36.     Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Further, Citibank denies that it is liable for any of the damages, injuries, or harm alleged by Plaintiff.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

37.    Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Further, Citibank denies that it is liable for any of the damages, injuries, or harm alleged by Plaintiff.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

38.    Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Further, Citibank denies that it is liable for any of the attorneys' fee or costs demanded by Plaintiff.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

39.    Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Further, Citibank denies that it is liable for any of the damages, injuries, or harm alleged by Plaintiff.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

40.    Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Further, Citibank denies that it is liable for any of the damages, injuries, or harm alleged by Plaintiff.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding

the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

## AS TO "COUNT I – VIOLATIONS OF THE FAIR CREDIT REPORTING ACT – 15 U.S.C. § 1681i AGAINST EQUIFAX"

41.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

42.    Plaintiff's allegations that defendant Equifax Information Services, LLC is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) sets forth a legal conclusion to which no response is required.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

43.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

44.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

45.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

46.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

47.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

### AS TO "COUNT II – VIOLATIONS OF THE FAIR CREDIT REPORTING ACT – 15 U.S.C. § 1681c-2 AGAINST EQUIFAX"

48.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

49.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

50.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

51.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

52.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

53.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

## AS TO "COUNT III – VIOLATIONS OF THE FAIR CREDIT REPORTING ACT – 15 U.S.C. § 1681i AGAINST EXPERIAN"

54.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

55.    Plaintiff's allegations that defendant Experian Information Services, Inc. is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) sets forth a legal conclusion to which no response is required.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

56.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

57.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

58.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

59.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

60.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

## AS TO "COUNT IV – VIOLATIONS OF THE FAIR CREDIT REPORTING ACT – 15 U.S.C. § 1681c-2 AGAINST EXPERIAN"

61.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

62.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

63.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

64.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

65.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

66.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

## AS TO "COUNT V – VIOLATIONS OF THE FAIR CREDIT REPORTING ACT – 15 U.S.C. § 1681i AGAINST TRANSUNION"

67.     Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

68.     Plaintiff's allegations that defendant Trans Union, LLC is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) sets forth a legal conclusion to which no response is required.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, as such, any such allegations are denied.  To the extent any other response is required, denied.

69.     The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

70.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

71.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

72.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

73.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

**AS TO "COUNT VI – VIOLATIONS OF THE FAIR CREDIT REPORTING ACT –
15 U.S.C. § 1681c-2 AGAINST TRANSUNION"**

74.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

75.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

76.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

77.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

78.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

79.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

**AS TO "COUNT VII – FAILURE TO INVESTIGATE DISPUTE –
FCRA, 15 U.S.C. § 1681s-2(b) AGAINST CAC"**

80.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

81.     The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied. To the extent any other response is required, denied.

82.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

83.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

84.     The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied. To the extent any other response is required, denied.

85.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

86.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

87.     Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

## AS TO "COUNT VIII – FAILURE TO INVESTIGATE DISPUTE – FCRA, 15 U.S.C. § 1681s-2(b) AGAINST CITIBANK"

88.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

89.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

90.    Citibank admits only that it received ACDVs relating to Plaintiff around this time period.  To the extent any other response is required, denied.

91.    Citibank admits only that it received ACDVs relating to Plaintiff around this time period.  The remaining allegations of this paragraph pertain to parties other than Citibank and, as such, the allegations are denied.  To the extent any other response is required, denied.

92.    This paragraph sets forth legal conclusions to which no response is required.  To the extent any other response is required, denied.

93.    Citibank admits only that it received ACDVs relating to Plaintiff around this time period.  Further, Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

94.    Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Further, Citibank denies that it

is liable for any of the damages, injuries, or harms alleged by Plaintiff.  To the extent any other response is required, denied.

95.    Citibank denies that it acted unlawfully or engaged in any conduct that violated the FCRA, or any other statute, with regard to Plaintiff.  Further, Citibank denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff.  To the extent any other response is required, denied.

## AS TO "COUNT IX – FAILURE TO INVESTIGATE DISPUTE – FCRA, 15 U.S.C. § 1681s-2(b) AGAINST LVNV"

96.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

97.    This paragraph sets forth legal conclusions to which no response is required.  To the extent any other response is required, denied.

98.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

99.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

100.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

101.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

102.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

103.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

## AS TO "COUNT X – FAILURE TO INVESTIGATE DISPUTE – FCRA, 15 U.S.C. § 1681s-2(b) AGAINST KIKOFF"

104.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

105.    This paragraph sets forth legal conclusions to which no response is required.  To the extent any other response is required, denied.

106.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

107.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

108.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

109.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

110.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

111.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

**AS TO "COUNT XI – FAILURE TO INVESTIGATE DISPUTE – FCRA, 15 U.S.C. § 1681s-2(b) AGAINST VERIZON"**

112.    Citibank incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

113.    This paragraph sets forth legal conclusions to which no response is required.  To the extent any other response is required, denied.

114.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

115.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

116.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

117.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

118.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

119.    Citibank is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

**AS TO "DEMAND FOR TRIAL BY JURY"**

120.    Citibank admits only that Plaintiff has demanded a trial by jury, but denies that Plaintiff is entitled to a jury trial.

**WHEREFORE**, Citibank denies any liability whatsoever, denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Citibank, and demands judgment in its favor and against Plaintiff, together with such other relief, including costs and attorneys' fees, as the Court deems just and proper.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claims are subject to binding arbitration pursuant to the arbitration agreement contained in the terms and conditions governing any credit card account(s) issued by Citibank to Plaintiff.  Citibank reserves the right to compel arbitration of the claims contained in the Complaint pursuant to the applicable agreement(s) agreed to by Plaintiff.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff fails to state any claim upon which relief may be granted.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the doctrine of release and/or waiver.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from relief against Citibank inasmuch as any alleged harm suffered by Plaintiff was not caused in fact or proximately caused by any act or omission of Citibank.

## FIFTH AFFIRMATIVE DEFENSE

To the extent that Plaintiff has suffered any damages as a result of the matters alleged in the Complaint, Plaintiff failed to mitigate his damages, if any.

## SIXTH AFFIRMATIVE DEFENSE

Any and all damages sustained by Plaintiff are the direct result of her own actions or omissions or the acts or omissions of unrelated third parties over which Citibank has no control.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, estoppel, laches, acquiescence, and other doctrines of equitable relief.

## EIGHTH AFFIRMATIVE DEFENSE

Citibank has acted in good faith and not willfully, maliciously, recklessly, wantonly, and/or negligently.

## NINTH AFFIRMATIVE DEFENSE

Citibank has acted with due care at all times and complied with all applicable laws, regulations, and standards and otherwise acted reasonably.

## TENTH AFFIRMATIVE DEFENSE

Citibank has not violated any duty or obligation owed to Plaintiff under common law, statute, any applicable contract, or other authority.

## ELEVENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff claims Citibank willfully violated the FCRA, which Citibank

denies, any purported violation was not willful because Citibank's interpretation of the FCRA is not objectively unreasonable. *See, e.g., Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 70 (2007).

<h3 style="text-align:center">TWELFTH AFFIRMATIVE DEFENSE</h3>

The FCRA does not provide a private right of action for the furnishing of inaccurate information and though framed as investigation claims, Plaintiff's claims are in fact based on the reporting of information.

<h3 style="text-align:center">THIRTEENTH AFFIRMATIVE DEFENSE</h3>

Plaintiff lacks Article III standing to pursue these claims.

<h3 style="text-align:center">FOURTEENTH AFFIRMATIVE DEFENSE</h3>

Plaintiff's claims are barred due to an absence of any actual damages. Hence, any statutory damages constitute an excessive fine and violate Citibank's rights under the Due Process and Takings Clause of the United States Constitution and/or applicable state constitutions.

<h3 style="text-align:center">FIFTEENTH AFFIRMATIVE DEFENSE</h3>

Plaintiff has not sufficiently alleged, and cannot establish, malice, willfulness, or negligence on the part of Citibank.

<h3 style="text-align:center">SIXTEENTH AFFIRMATIVE DEFENSE</h3>

Plaintiff is not entitled to punitive damages.

<h3 style="text-align:center">SEVENTEENTH AFFIRMATIVE DEFENSE</h3>

To the extent Citibank was required to investigate Plaintiff's purported disputes, Plaintiff failed to provide Citibank with sufficient information to enable it to perform a reasonable investigation of the alleged disputes. *See, e.g., Westra v. Credit Control of Pinellas*, 409 F.3d 825, 827 (7th Cir. 2005).

## <u>EIGHTEENTH AFFIRMATIVE DEFENSE</u>

Citibank is entitled to attorneys' fees from Plaintiff pursuant to 15 U.S.C.

§§ 1681n(c) and/or 1681o(b).

## <u>NINETEENTH AFFIRMATIVE DEFENSE</u>

Citibank reserves the right to assert additional defenses at such time and to such

extent as warranted by discovery and the factual developments of this case.


Respectfully submitted,

DATED:  December 7, 2023          <u>/s/ *Stefanie Malone-Zeitz*</u>
                                  Stefanie Malone-Zeitz
                                  Daniel JT McKenna
                                  Ballard Spahr LLP
                                  700 East Gate Drive, Suite 330
                                  Mount Laurel, NJ 08054-0015
                                  Tel: (856) 761-3414
                                  Fax: (856) 761-1020
                                  mckennad@ballardspahr.com
                                  malonezeitzs@ballardspahr.com

                                  *Attorneys for Defendant Citibank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December 2023, I caused a copy of the foregoing to be served via ECF on all counsel and parties of record.

*/s/ Stefanie Malone-Zeitz*
Stefanie Malone-Zeitz