IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **BRITTANY HILL,**<br><br>**Plaintiff,**<br><br>-v-<br><br>**TRANS UNION, LLC, et al,**<br><br>**Defendants.** | Civil Case No: 2:23-cv-04449-CFK |

### NOTICE OF VOLUNTARY DISMISSAL AS TO TRANS UNION, LLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant **TRANS UNION, LLC only** in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action as to Trans Union, LLC.

Dated:      September 9, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
PRO HAC VICE
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: 732.695.3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*