IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **BRITTANY HILL,**<br><br>    **Plaintiff,**<br><br>  -v-<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, CITIBANK, N.A., CREDIT ACCEPTANCE CORP., LVNV FUNDING LLC, KIKOFF LENDING LLC, and VERIZON WIRELESS,**<br><br>    **Defendants.** | Civil Case Number: 2:23-cv-04449-HB |

## STIPULATION OF DISMISSAL AS TO CITIBANK, N.A.

Plaintiff Brittany Hill and Defendant Citibank, N.A**.** ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant **Citibank, N.A. only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: January 14, 2025

| | |
|---|---|
| /s/ Ari H. Marcus | /s/ Daniel J.T. Mckenna |
| Ari H. Marcus, Esq. | Daniel J.T. Mckenna, Esq. |
| MARCUS & ZELMAN LLC | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| 701 Cookman Avenue, Suite 300 | 1735 Market Street, 51st Floor |
| Asbury Park, NJ 07712 | Philadelphia, PA 19103 |
| Tel: (732) 695-3282 | Tel: (215) 864-8321 |
| Email: ari@marcuszelman.com | Email: mckennad@ballardspahr.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| *Brittany Hill* | *Citibank, N.A.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on January 14, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Ari H. Marcus